DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHELLE A. MASCARI, NICOLE HANLON** and **BARDOT SALON AND SPA, LLC,**
Appellants,

v.

**LIFE TIME FITNESS, INC., LTF CLUB MANAGEMENT COMPANY, LLC, LTF CLUB OPERATIONS COMPANY, INC. d/b/a LIFE TIME FITNESS, HERMAN S. GARCIA, CHELSEA S. GLUCKSMAN-GAGE, NATASHA KHANZADA, PAUL G. KROFT, MAXWELL S. NEEDELS** and **JESSIE M. THOMAS,**
Appellees.

No. 4D15-3361

[June 29, 2016]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser, Judge; L.T. Case No. 2012CA023451XXXXMB.

Ronald P. Gossett of Gossett & Gossett, P.A., Hollywood, for appellants.

Mendy Halberstam of Jackson Lewis P.C., Miami, and V. John Ella of Jackson Lewis P.C., Minneapolis, pro hac vice, for appellees.

PER CURIAM.

*Affirmed. See Bauer v. Dilib,* 16 So. 3d 318 (Fla. 4th DCA 2009).

WARNER, TAYLOR and GERBER, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*